Carlos R. **MAYBERRY**, Plaintiff— Appellant,

v.

**JOHN DOE # 1**, Commissioner of Anne Arundel County District Court; John Doe # 2, Second Commissioner of Anne Arundel County District Court, individually in their official capacity; John Swivel, Case Manager, Defendants—Appellees.

No. 04–7634.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 4, 2005.

Carlos R. Mayberry, Appellant pro se.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carlos R. Mayberry appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mayberry v. John Doe # 1*, No. CA–04–2998 (D. Md. filed Sept. 29, 2004 & entered Sept. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*